<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6997**

———————

AUBREY D. SCOTT,

Plaintiff - Appellant,

versus

DR. JAMES LEE, M.D.; DR. GERALO JORDON,
Surgeon; DR. LEONARD J. WEIRETER, Surgeon,

Defendants - Appellees.

———————

**No. 02-7004**

———————

AUBREY D. SCOTT,

Plaintiff - Appellant,

versus

DR. JAMES LEE, M.D.; DR. GERALO JORDON,
Surgeon; DR. LEONARD J. WEIRETER, Surgeon,

Defendants - Appellees.

———————

Appeals from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge. (CA-01-757-3)

———————

Submitted:  October 10, 2002          Decided:  October 17, 2002

---

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Aubrey D. Scott, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Aubrey D. Scott appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Scott v. Lee, No. CA-01-757-3 (E.D. Va. May 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED